No. 48531.—Protests 981733-G, etc., of John Zimmermann Co. (New York).

Opinion by TILSON, J. The record showed that certain of the items consist of hemp hats similar in all material respects to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). The claim at 25 percent under paragraph 1504 (b) (1) was therefore sustained.